UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22243-CIV-MARTINEZ-BECERRA

VENUS CONCEPT USA INC.,

    Plaintiff,

vs.

VITAHYDR8, LLC d/b/a VITAHYDR8 BEAUTY & WELLNESS BAR, and ARTENCIA MICHELEI MARTIN,

    Defendants.
_____/

## ORDER APPROVING SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon Plaintiff's Notice of Substitution of Counsel ("Notice"). (ECF No. 10). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's Notice, (ECF No. 10), is **APPROVED**.

2. Vincent F. Alexander, Esq. and Michelle H. Zeiger, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith are hereby recognized as counsel of record for Plaintiff Venus Concept USA Inc. David M. Hawthorne, Esq., formerly of the same law firm, is hereby relieved of any further responsibility as counsel for Plaintiff in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2022.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record