UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 21-22243-CIV-MARTINEZ-BECERRA

VENUS CONCEPT USA INC.,

    Plaintiff,

vs.

VITAHYDR8, LLC d/b/a VITAHYDR8 BEAUTY & WELLNESS BAR, and ARTENCIA MICHELEI MARTIN,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Court's January 24, 2022 Order on Plaintiff Venus Concept USA Inc.'s ("Plaintiff") Motion for Default Final Judgment. For the reasons given in the Court's Order, Plaintiff's Motion for Default Final Judgment, (ECF No. 14), is **GRANTED IN PART AND DENIED IN PART**, and Plaintiff is awarded $85,217.67 in damages, plus interest in the amount of $28,366.98.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Plaintiff Venus Concept USA Inc. and against Defendants Vitahydr8, Llc D/B/A Vitahydr8 Beauty & Wellness Bar, and Artencia Michelei Martin on Counts I and II of the Complaint, (ECF No. 1).

2. Plaintiff is awarded damages in the principal amount of **$85,217.67** in damages, plus interest in the amount of **$28,366.98**, for a total judgment amount of **$113,584.65**.

3. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2022.

                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record