UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22243-CIV-MARTINEZ-BECERRA

VENUS CONCEPT USA, INC.,

    Plaintiff,

vs.

VITAHYDR8, LLC, *et al.*,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Request for Attorneys' Fees and Costs (the "Request"), contained within Plaintiff's Motion for Final Default Judgment. (ECF No. 14 at 9–10; *see also* ECF No. 19). Judge Becerra filed an R&R recommending that the Request be granted in part and denied in part. (ECF No. 24 at 2). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 24), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Request for Attorneys' Fees and Costs, (ECF No. 14 at 9–10), is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 30 day of May, 2023.

                                                 JOSE E. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record